Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOADVENTURES, LLC, a Washington Limited Liability Company,<br><br>               Plaintiff,<br><br>   v.<br><br>W. L. GORE & ASSOCIATES, INC., a Delaware Corporation,<br><br>               Defendant. | No. 2:22-cv-00431-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR W. L. GORE & ASSOCIATES TO RESPOND TO COMPLAINT**<br><br>Note on Motion Calendar:<br>May 10, 2022 |

Plaintiff LeoAdventures, LLC ("LeoAdventures") and Defendant W. L. Gore & Associates, Inc. ("W. L. Gore") stipulate as follows:

The deadline for W. L. Gore to answer or otherwise respond to LeoAdventures' Complaint should be extended from May 11, 2022, to June 27, 2022.

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR W. L. GORE & ASSOCIATES TO RESPOND TO COMPLAINT
No. 2:22-CV-00431-JCC – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

DATED: May 10, 2022.

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **ARETE LAW GROUP PLLC** |
| By: */s/ Ramona N. Hunter* <br> Ramona N. Hunter, WSBA No. 31482 <br> Hailey K. Delay, WSBA No. 54887 <br> 1700 7th Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Phone: (206) 709-5866 <br> Fax: (206) 709-5901 <br> ramona.hunter@wilsonelser.com <br> hailey.delay@wilsonelser.com | By: */s/ Jeremy E. Roller* <br> Jeremy E. Roller, WSBA No. 32021 <br> 1218 Third Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Phone: (206) 428-3250 <br> Fax: (206) 428-3251 <br> jroller@aretelaw.com |
| *Attorneys for Plaintiff LeoAdventures, LLC* | *Attorneys for Defendant W. L. Gore & Associates, Inc.* |

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED this 10th day of May 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR W. L. GORE & ASSOCIATES TO RESPOND TO COMPLAINT
No. 2:22-CV-00431-JCC – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Ramona N. Hunter
Hailey K. Delay
1700 7th Avenue, Suite 2100
Seattle, WA 98101
ramona.hunter@wilsonelser.com
hailey.delay@wilsonelser.com

☐ E-mail
☐ U.S. Mail
☒ E-filing

*Attorneys for Plaintiff LeoAdventures, LLC*

Dated this 10th day of May, 2022 in Seattle, Washington.

/s/ Janet C. Fischer
Janet C. Fischer
Paralegal

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR W. L. GORE & ASSOCIATES TO RESPOND TO COMPLAINT
No. 2:22-CV-00431-JCC – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250